IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 299**

| | | |
|---|---|---|
| TRINA B. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| TIAA-CREF, | ) | |
| | ) | |
| Defendant. | ) | |

    THIS MATTER is before the court on its own motion. Plaintiff and Defendant have both filed a Certification and Report of Initial Attorneys' Conference. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. The parties are directed to appear for this conference on **Thursday, May 3, 2007 at 10:45 a.m.**

    IT IS SO ORDERED.

Signed: April 12, 2007

Graham C. Mullen
United States District Judge